IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

EDUARDO GARRIDO                                           CASE NO. 19-bk-08523-MGW
MARY ANN GARRIDO                                          CHAPTER 7

         Debtors.
_____/

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THE RELIEF REQUESTED IN THIS PAPER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN TWENTY-ONE (21) DAYS FROM THE DATE SET FORTH ON THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U.S. MAIL.**

**IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE A RESPONSE WITH THE CLERK OF THE COURT AT THE SAM M. GIBBONS UNITED STATES COURTHOUSE, 801 N. FLORIDA AVENUE, SUITE 555, TAMPA, FL 33602 AND SERVE A COPY ON THE MOVANT'S ATTORNEY, GAVIN STEWART, P.O. BOX 5703, CLEARWATER, FL 33758, AND ANY OTHER APPROPRIATE PERSONS WITHIN THE TIME ALLOWED. IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER SCHEDULE AND NOTIFY YOU OF A HEARING, OR CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING.**

**IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

      Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-15 ("Movant") moves the Court, pursuant to 11 U.S.C. §362(d), for relief from the automatic stay and states:

1. On June 21, 2006, Debtors executed and delivered a promissory note and mortgage securing payment of the note in favor of Countrywide Home Loans, Inc.

2. Specialized Loan Servicing LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the promissory note and has the ability to enforce and foreclose its lien. The note has been duly endorsed and Movant is the assignee of the mortgage. A copy of the promissory note, mortgage and assignment of mortgage is attached hereto as Composite Exhibit "A."

3. The mortgage is secured by the following real property located in Pasco County, Florida:

A PORTION OF LOTS 5 AND 6, CRESCENT FOREST, AS SHOWN ON PLAT RECORDED IN PLAT BOOK 26, PAGES 94 AND 95 OF THE PUBLIC RECORDS OF PASCO COUNTY, FLORIDA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FOR A POINT OF BEGINNING, COMMENCE AT THE MOST SOUTHERLY CORNER OF SAID LOT 6; THENCE RUN NORTH 23°33'21" WEST, 18.00 FEET ALONG THE NORTHEASTERLY RIGHT-OF-WAY LINE OF CRESCENT FOREST BOULEVARD AS NOW ESTABLISHED; THENCE 56.75 FEET ALONG THE ARC OF A 50.00 FOOT RADIUS CURVE CONCAVE TO THE SOUTHWEST, SUBTENDED BY A CHORD DISTANCE OF 53.75 FEET, BEARING NORTH 56°04'14" WEST, ALONG SAID NORTHEASTERLY RIGHT-OF-WAY LINE OF CRESCENT FOREST BLVD.; THENCE NORTH 01°23'13" EAST, 223.84 FEET; THENCE SOUTH 89°54'42" EAST 188.83 FEET ALONG THE NORTHERLY BOUNDARY LINE OF SAID LOTS 5 AND 6; THENCE SOUTH 00°05'18" WEST, 35.00 FEET ALONG THE EASTERLY BOUNDARY LINE OF SAID LOT 6; THENCE SOUTH 25°42'11" WEST, 95.43 FEET; THENCE SOUTH 00°05'10" WEST, 60.31 FEET; THENCE SOUTH 48°41'10" WEST, 134.35 FEET ALONG THE SOUTHEASTERLY BOUNDARY LINE OF SAID LOT 6 TO THE POINT OF BEGINNING.

**AKA 8735 Crescent Forest Blvd., New Port Richey, Florida 34654 ("Property")**

4. The loan is in default. As of November 22, 2019, the total debt owed was $268,223.75 and the loan is due for the May 1, 2019 payment and all subsequent payments.

5. According to the Pasco County Property Appraiser, the value of the Property is $269,241.00. A copy of the property record is attached hereto as Composite Exhibit "A."

6. It would be inequitable to allow the Debtors to retain the Property, as there is little to no equity above the total indebtedness.

7. Furthermore, Movant is not receiving payments to protect against the erosion of its security interest in the Property.

8. If Movant is not permitted to enforce its lien on the Property, it will suffer irreparable injury, loss, and damage.

**WHEREFORE**, Movant, respectfully requests the Court enter an order:

a. terminating the automatic stay;

b. permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the Property described herein; and

c. granting such other relief that the Court may deem just and proper.

/s/ Gavin N. Stewart
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E:bk@stewartlegalgroup.com
Counsel for Movant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 26th day of November, 2019.

/s/ Gavin N. Stewart
Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Eduardo Garrido
Mary Ann Garrido
9114 Bassett Lane
New Port Richey, FL 34655

**VIA CM/ECF NOTICE**
Robert M Geller
Law Offices of Robert M. Geller, P.A.
807 W Azeele Street
Tampa, FL 33606

Trustee
Carolyn R. Chaney
PO Box 530248
St. Petersburg, FL 33747